# United States District Court
# For The Western District of North Carolina
# Asheville Division

ROYCE K. HOHN,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　1:08cv91

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 31, 2008 Order.

July 31, 2008　　　　　　　　　　　　FRANK G. JOHNS, CLERK

　　　　　　　　　　　　　　　　　　　　　　*s/Elizabeth J. Barton*
　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　Elizabeth J. Barton, Deputy Clerk