# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| ROYCE K. HOHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:08 CV 91 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

**THIS MATTER** is before the Court on Plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, filed August 21, 2008.

Defendant advises the Commissioner will not oppose an order awarding Plaintiff to $1,372.50 in attorney fees, which provides for full settlement in satisfaction of any and all claims for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Therefore, the Commissioner having no objections to the requested amount of attorney fees,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for attorney's fees is **ALLOWED**, and counsel shall be paid the sum of **ONE THOUSAND, THREE HUNDRED SEVENTY-TWO DOLLARS AND FIFTY CENTS ($1,372.50)** in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Signed: August 21, 2008

Lacy H. Thornburg
United States District Judge